

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| ANTONIO JAMAAL MORRIS, | | No. 08-19-00021-CR |
| Appellant, | § | Appeal from the |
| v. | | |
| | | 297th District Court |
| THE STATE OF TEXAS, | § | |
| Appellee. | | of Tarrant County, Texas |
| | § | |
| | | (TC# 1325132D) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF MAY, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.